**Petition for Writ of Mandamus Denied and Memorandum Opinion filed September 24, 2013.**



In The

# Fourteenth Court of Appeals

### NO. 14-13-00792-CV

## IN RE ANTHONY GLENN MADRY, Relator

---

### ORIGINAL PROCEEDING
### WRIT OF MANDAMUS

## MEMORANDUM OPINION

On September 10, 2013, relator Anthony Glenn Madry filed a petition for writ of mandamus in this Court. *See* Tex. Elec. Code Ann. § 273.061; *see also* Tex. R. App. P. 52. In the petition, relator asks this Court to compel Anna Eastman, Houston Independent School District Board President, and Veronica Mabasa, Houston Independent School District Board Services Team Lead, to place his name on the ballot for Houston Independent School District Board of Trustees District VI.

Relator has not established his entitlement to mandamus relief. Accordingly, we deny relator's petition for writ of mandamus. We also deny relator's emergency application for writ of mandamus.

PER CURIAM

Panel Consists of Justices Frost, Boyce, and Jamison.